UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMANTHA ARLATA,<br><br>                                  Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, et al.,<br><br>                                  Defendants. | Case No.:  20cv2392-JLS-LL<br><br>**ORDER GRANTING JOINT MOTION TO RESET TIME OF FOLLOW-UP SETTLEMENT CONFERENCE**<br><br>**[ECF No. 12]** |

Currently before the Court is the Parties' "Joint Motion Requesting Change of the Start Time for the Follow-Up Settlement Conference." ECF No. 12. The Parties request that the Court reset the follow-up settlement conference currently set for March 9, 2021 at 10:00 a.m. to March 9, 2021 at 1:30 p.m. Id. at 2. In support, the Parties state the change in time would allow Plaintiff, who is a medical doctor, to reschedule her patient appointments and participate in the conference as required. Id.

For good cause shown, the Court **GRANTS** the Parties' request. The follow-up settlement conference is **RESET** to **March 9, 2021** at **1:30 p.m**. All other deadlines and requirements remain as set. See ECF No. 11.

**IT IS SO ORDERED.**

1  Dated: February 3, 2021

_____
Honorable Linda Lopez
United States Magistrate Judge