UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMANTHA ARLATA,<br><br>                          Plaintiff,<br>v.<br><br>TARGET CORPORATION,<br><br>                         Defendant. | Case No.: 20cv2392-JLS-LL<br><br>**ORDER GRANTING JOINT MOTION FOR CONTINUANCE OF SETTLEMENT CONFERENCE**<br><br>**[ECF No. 17]** |

      Currently before the Court is the Parties' "Joint Motion for Continuance of Settlement Conference." ECF No. 17. On January 28, 2021, the Court set a follow-up Settlement Conference in this case for March 9, 2021 at 10:00 a.m. ECF No. 11 at 2. On February 3, 2021, per the Parties' request, the Court reset the Settlement Conference for March 9, 2021 at 1:30 p.m. ECF No. 14 .

      In their Joint Motion, the Parties now request that the Court continue the Settlement Conference for a second time to a Wednesday in late April or early May. ECF No. 17 at 2. In support, the Parties state that Plaintiff only recently provided Defendant with a settlement demand package on February 21, 2021, following in turn, Plaintiff's only recent receipt of medical records from the Naval Hospital supporting this demand. Id. Defendant states it requires "additional time to evaluate and consider the evidence in support of the

1  demand so as to be in a better position to meaningfully participate in a formal settlement
2  conference." Id. The Parties jointly confirm that notwithstanding the request, both Parties
3  are working diligently to complete discovery in adherence to the Court's January 28, 2021
4  Scheduling Order. Id. at 3.

5  For good cause shown, and after reviewing both Parties' Confidential Supplemental
6  Statements, the Court **RESETS** the follow-up Settlement Conference from March 9, 2021
7  at 1:30 p.m. to **April 28, 2021** at **10:00 a.m.** The Parties are further directed to lodge a
8  second supplement to their Confidential Statements by **April 21, 2021**. The supplement
9  should include: (1) any further settlement discussions that the parties have had; and (2)
10 changes to the parties' settlement positions (if any). The statements **should not be more**
11 **than three pages in length.**

12 All other requirements pertaining to the Settlement Conference remain as set. See
13 ECF No. 11 at 2.

14 **IT IS SO ORDERED.**
15 Dated:  March 1, 2021

Honorable Linda Lopez
United States Magistrate Judge