UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMANTHA ARLATA,<br><br>                            Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>                           Defendant. | Case No.: 20cv2392-JLS-LL<br><br>**ORDER GRANTING JOINT MOTION FOR ORDER PERMITTING DEPOSITION OF A FACT WITNESS ONE DAY AFTER FACT DISCOVERY CUT OFF**<br><br>**[ECF No. 20]** |

Currently before the Court is the parties' "Joint Motion for Order Permitting Deposition of a Fact Witness One Day After Fact Discovery Cut Off." ECF No. 20. In support, the parties state that Plaintiff's investigator recently located a former employee of Defendant who was present at the store on the day Plaintiff fell. Id. at 2. The parties further state the former employee is available to be deposed on July 28, 2021 – one day after the deadline for completion of fact discovery in the Scheduling Order. See ECF No. 11. For good cause shown, the Joint Motion is **GRANTED**. The deposition of the fact witness may commence on July 28, 2021.

      **IT IS SO ORDERED**.

Dated: July 16, 2021

                                                   Honorable Linda Lopez
                                                   United States Magistrate Judge